UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSE RUNDLE,

    Plaintiff,

v.                                                         Case No:  2:14-cv-135-FtM-38CM

THE CITY OF FORT MYERS, FLORIDA,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiff, Rose Rundle and the Defendant, the City of Fort Myers' Joint Stipulation of Dismissal with Prejudice (Doc. #63) filed on March 17, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiff informs the Court that all claims in this case against the City of Fort Myers have been dismissed with prejudice and that all parties will bear their own attorney's fees and costs.  Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Rose Rundle and the Defendant, the City of Fort Myers' Joint Stipulation of Dismissal with Prejudice (Doc. #63) is **GRANTED**.  This case is hereby **DISMISSED** with prejudice.  The Clerk of the Court is directed to enter judgment accordingly, terminate all pending motions and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2